**EUGENE C. SMALLS**
2312 22ND Ave S.W.
Largo Florida 33774

January 29, 2021

## NOTICE TO THE COURT AND DEFENDANTS'

US District Court for the Middle District
ATTN: Clerk of the Court
801 North Florida Ave
Tampa, Florida 33602

**Subject:** *Out of town*
**Civil No#** 8:20-CV-2312-T-02JSS

Dear Clerk of the Court:

Please be advice that due to two family deaths due to COVID last weekend, my family and I are heading out of town for three weeks. I have e-mail defendants and explain in a short message concerning the death of my family members. On our way back to the state of Florida we will be making a short trip to Mississippi to welcome our new Grandson into this world.

Thank you for your understanding in this matter and concern. While I am out of town, I can be reach by my cell-phone or through my e-mail address as I will be checking it once a day.

Respectfully submitted,

Eugene C. Smalls
Cell-Phone (727) 667-3244
eugene_smalls@yahoo.com

## CERTIFICATE OF SERVICE

TO: Clerk of the Court
    801 North Florida Avenue
    Tampa, Florida 33602

I, Eugene C. Smalls, Plaintiff, declare that I served this letter of "Notification" to Defendants Counsel by, depositing on January 29, 2021, postage prepaid US Mail. Directed to the address listed below, pursuant to 37 CFR § 42.6 (4)(i)(iii)(A)(B).

TO: Heather L. Fesnak & Katherine E. Shepard
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250

Dated January 29, 2021

EUGENE C. SMALLS
Cellphone# (727) 667-3244
eugene_smalls@yahoo.com

Mr. Eugene C. Smalls
2312 22nd Ave SW
Largo FL 33774-1741

"For God so loved ..." John 3:16

TAMPA FL 335
29 JAN 2021 PM 4 L

US District Court for the
Middle District
Attn: Clerk of Court
801 North Florida Ave
Tampa, Florida 33602

33602-386030

937910128112700