THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:20-cv-2312-T-02JSS

EUGENE C. SMALLS

    Plaintiff,

Vs.

NEW PENN FINANCIAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOING BUSINESS AS SHELLPOINT MORTGAGE SERVICING, INC.; METROPOLITAN LIFE INSURANCE COMPANY; EXPPERIAN INFORMATION SOLUTIONS; TRANS UNION LLC AN.

    Defendants.

_____/

**NOTICE OF UNOPPOSED MOTION FOR PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO NEW PENN FINANCIAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOING BUSINESS AS SHELLPOINT MORTGAGE SERVICING, INC. AND METROPOLITAN LIFE INSURANCE COMPANY**

    **COME NOW** PLAINTIFF ("Eugene C. Smalls"), gives notice of a voluntary dismissal of Defendants NEW PENN FINANCIAL, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOING BUSINESS AS SHELLPOINT MORTGAGE SERVICING INC.; METROPOLITAN LIFE INSURANCE COMPANY. In the above-styled action with prejudice, with each party to bear its own attorneys' fees and cost in accordance with the agreement between the parties.

## LEGAL MEMORANDUM

    Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order. Rule 41(a)(1)(A) reads, in pertinent part, that [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion

for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A).

Here, Defendants (Shellpoint and Metropolitan Life") does not object to the voluntary dismissal with prejudice with respect to their position as a Defendants in the Amended Complaint.

### Local Rule 7.1(a)(3) Certification

On November 5, 2021, the parties, plaintiff's Mr. Smalls and Shellpoint counsel Miss Katie for Defendants, conferred with Mr. Smalls regarding this *motion, in a* good faith effort to resolve the issues raised in the agreement and in this motion was informed that Defendants would not oppose the request or the Motion.

THEREFORE and respectfully an Order should be granted if it's become necessary for the Court to do so.

Eugene C. Smalls

### CERTIFICATE OF SERVICE

I, Eugene C. Smalls, Plaintiff, declare that I served *a* copy of Motion for VOLUTARY Dismissal OF Defendants ("Shellpoint and Metropolitan Life Insurance Company"), *sent to Defendants last known mailing address or that of its counsel of record,* by depositing on November 5, 2021 postage prepaid in the U.S. Mail.

**ATTENTION TO**: Miss Heather L. Fesnak & Katherine E. Shepard, Esq.
Partner, Consumer Financial Services Practice Group Akerman LLP
401 East Jackson Street, Suite 1700 Tampa, FL 33602

**TO:** Mr., Andrew J. Turnier, "and Experian"
600 Brickell Ave, Suite 3300
Miami, Florida 33131

**TO:** Mr. Alexandria Epps, "Transunion"
6900 Dallas Parkway, Suite 800 Plano, TX 75024

Eugene C. Smalls
2312 22nd Ave S.W.
Largo, Florida 33774   (727) 667-3244/eugene_smalls@yahoo.com