THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Action No. 8:20-CV-2312- WFJ-JSS

EUGENE C. SMALLS

   Plaintiff,

Vs.

EXPERIAN INFORMATION SOLUTIONS;

   Defendants.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

STATE OF FLORIDA          ) SS.
CITY AND COUNTY OF PINELLAS  )

I EUGENE C. SMALLS declares as follows:

COMES NOW, the Plaintiff, EUGENE C. SMALLS, and hereby files this Notice of Voluntary DISMISSAL WITH prejudice as to Defendant, EXPERIAN INFORMATION SOLUTIONS.

In the above-styled action with prejudice, each party to bear its own attorneys' fees and cost in accordance with the agreement between the parties.

### LEGAL MEMORANDUM

Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order. Rule 41(a)(1)(A) reads, in pertinent part, that [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A).

Herein, Defendants (Experian") does not object to the voluntary dismissal with prejudice with respect to their position as a Defendants in the Amended Complaint.

### Local Rule 7.1(a)(3) Certification

The parties, plaintiff's Mr. Smalls and Experian counsel Mr. Andrew J. Turnier for Defendants, conferred with Mr. Smalls regarding this motion, in a good faith effort to resolve the issues raised in the agreement and in this motion was informed that Defendants would not oppose the request or the Motion.

THEREFORE and respectfully an Order should be granted if it's become necessary for the Court to do so.

*Eugene C. Smalls*
Eugene C. Smalls

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via e-mail to Experian Attorney Mr. Andrew J. Turnier 600 Brickell Avenue, Suite 3300 Miami, Florida 33131,This 22th day of February, 2022.

CC: Clerk of the Court
US District Court For The Middle District of Florida
801 North Florida Avenue
Tampa Florida 33602

Attorney Mr. Andrew Turner
600 Brickell Avenue, Suite 3300
Miami, Florida 33131

EUGENE C. SMALLS,
Plaintiff-Pro Se
eugene_smalls@yahoo.com
2312 22nd Ave SW
Largo, FL 33774
Phone Cell: (727) 667-3244